# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT
# NOTICE OF PAPER FILING

### No. 11-1619

*Betty W. Hart v. Hanover County School Board; Michael R. Ashby, Sr.*

Document:  Joint Appendix

Under Seal: [ ] Yes        [X] No            [] In Part:

Betty W. Hart, as the Appellant, certifies that the above-referenced document has been filed and served as follows:

Filed by hand delivery to the Clerk of the court on August 8, 2011

Served by Hand Delivery on August 8, 2011

To:   Bradford A. King
      THOMPSON MCMULLAN, PC
      100 Shockoe Slip
      3rd Floor
      Richmond, VA  23219

      Yvonne S. Wellford
      Senior Assistant County Attorney
      OFFICE OF THE COUNTY ATTORNEY
      7516 County Complex Road
      P.O. Box 470
      Hanover, VA  23069

      *Counsel for Appellees*

Dated August 8, 2011              /s/  Laura C. Bunton
                                  Laura C. Bunton
                                  Gibson Moore Appellate Services, LLC
                                  421 East Franklin Street, Suite 230
                                  Richmond, VA 23219
                                  804.249.7770